KEM:jw UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   14-20437-CR-LENARD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOAO LINO,

        Defendant.

_____/

## GOVERNMENT'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America ("United States"), hereby moves for entry of a final order of forfeiture in this cause pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure and in support thereof submits the following:

1. On September 4, 2014 this Court entered a Preliminary Order of Forfeiture [D.E. 79] in favor of the United States and ordered the defendant's interest in approximately $75,700 in United States currency seized from the defendant forfeited to the United States.

2. On September 10, 2014, the United States published notice of the Preliminary Order, and its intent to dispose of the Property, in accordance with Title 21, United States Code, Section 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure.

3. On June 28, 2015, the United States filed its Declaration of Publication with the Clerk of the Court asserting that the Preliminary Order was published on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)), consistent with Title 21, United States Code, Section 853(n)(1) and Rule 32.2(b)(6)(D) of the Federal Rules of Criminal Procedure, for at least thirty (30) consecutive days, beginning on September 10, 2014, and ending on October 9, 2014. [D.E. 81].

4. On November 10, 2014, the time for filing a petition for the Property with the Court

expired in this cause pursuant to Title 21, United States Code, Section 853(n)(2).

5. As of the date of the filing of this motion, no person or entity has filed a petition asserting a legal interest in the Property with the Court in accordance with Title 21, United States Code, Section 853(n)(2) and the United States is not aware of any person or entity, who or which has an interest of record in the Property and has not been given proper notice as required by law.

**WHEREFORE**, the United States respectfully requests that this Court enter a Final Order of Forfeiture which confirms that all right, title and interest in approximately $75,700 in United States currency seized from the defendant ordered forfeited by the Preliminary Order of Forfeiture is hereby transferred, forfeited to and vested in the United States of America, pursuant to Title 21, U.S.C. § 853(n)(7).

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/Karen Moore
Karen E. Moore
Assistant United States Attorney
COURT NO. A5500043
99 N.E. 4TH STREET
Miami, Florida 33132
Tel: (305) 961-9030
Fax: (305) 536-7599
Karen.Moore@USDOJ.GOV

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CMECF.

                BY:    */s/Karen E. Moore*
                            Karen E. Moore
                            Assistant United States Attorney